IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Daniel D. Domenico**

Civil Action No. 1:18-cv-00526-DDD-GPG

TERESA HANSEN, on behalf of herself and other similarly situated,

    Plaintiff,

v.

FIRST BANCORP OF DURANGO, INC., d/b/a The First National Bank of Durango;
WAYNE CARSBURG; and
RICK HOOVER,

    Defendants.

---

### ORDER ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

Before the Court is the recommendation (Doc. 91) of United States Magistrate Gordon P. Gallagher that the Court grant the parties' joint motion (Doc. 86) to approve their settlement agreement and dismiss this case. The recommendation states that objections to the recommendation must be filed within fourteen days after its service on the parties. (Doc. 91 at 1 n.2 (citing Fed. R. Civ. P. 72(b)).) The recommendation was served on September 14, 2021, and no party has objected to it.

In the absence of a timely objection, the Court may review a magistrate judge's recommendation under any standard it deems appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150, 154 (1985)). In this matter, the Court has reviewed the recommendation to satisfy itself that there is "no clear error on the face of the record." Fed. R. Civ. P. 72(b) Advisory Committee Notes. Based on that review, the Court has concluded that the

- 1 -

recommendation is a correct application of the facts and the law. As Judge Gallagher determined, the litigation involves a bona fide dispute, the proposed settlement is fair and equitable to all parties concerned, and the proposed settlement contains a reasonable award of attorneys' fees and costs.

Accordingly, it is ORDERED that:

The Recommendation of United States Magistrate Judge (Doc. 91) is ACCEPTED and ADOPTED;

The parties' Joint Motion for Court Approval of Settlement and Dismissal of Claims with Prejudice (Doc. 86) is GRANTED;

The parties' proposed settlement agreement is APPROVED; and

All claims asserted in this action are DISMISSED WITH PREJUDICE.

DATED: September 30, 2021     BY THE COURT:

Hon. Daniel D. Domenico